# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA MORALES,<br><br>    Plaintiff,<br><br>v.<br><br>TRINITY SERVICES GROUP, INC., et al.,<br><br>    Defendants. | No. 2:20-cv-01556-JAK (GJSx)<br><br>**JUDGMENT**<br><br>**JS6: CASE TERMINATED** |

Pursuant to the Jury's verdict rendered on November 6, 2024, in favor of Defendant Trinity Services Group, Inc. and against Plaintiff Theresa Morales, IT IS ORDERED AND ADJUDGED that Plaintiff Theresa Morales shall take nothing on her claims in this case. Defendant Trinity Services Groups, Inc., as the prevailing party, may recover reasonable costs by proceeding as required by Fed. R. Civ. P. 54 and Local Rule 54. An award of costs shall bear interest calculated from the date of entry of this judgment at the rate specified by 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Dated:  November 25, 2024      _____

  John A. Kronstadt
  United States District Judge